IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SUSAN BUCKNER,** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 4:03-CV-00235-WAP-EMB**

**NOVARTIS CONSUMER HEALTH,
INC. and NOVARTIS
PHARMACEUTICALS CORPORATION** **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on a Motion to Dismiss [19] filed by Novartis Consumer Health, Inc. and Novartis Pharmaceuticals Corporation pursuant to the Court's August 12, 2005, Order granting the motion of C. E. Sorey and Ramsey Law Firm to withdraw as counsel for Plaintiff. Plaintiff did not have new counsel enter an appearance or notify the Court of her intention to proceed *pro se* by September 9, 2005, as required by the Court's August 12, 2005, Order. The Court having considered said motion and agreeing that said motion is due to be granted:

IT IS HEREBY ORDERED that the above-captioned case be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this the 11th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE